**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1636**

———————

JAMES P. MIXON, JR.,

                              Plaintiff - Appellant,

        versus

HENRY C. MORGAN, Judge,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-00-300-2)

———————

Submitted:  July 13, 2000              Decided:  July 20, 2000

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James P. Mixon, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James P. Mixon, Jr., appeals the district court's order dismissing his <u>Bivens</u>[*] action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Mixon v. Morgan</u>, No. CA-00-300-2 (E.D. Va. May 2, 2000).  We deny Mixon's Motion for a Fast and Speedy Trial.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 338 (1971).